IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division
No. 2:15-cv-00034-FL

| MICHIEL COURTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SSC HERTFORD OPERATING COMPANY LLC, d/b/a BRIAN CENTER HEALTH AND REHAB-HERTFORD, | ) | |
| Defendant. | ) | |

CAME ON TO BE HEARD, the Motion to Excuse Attendance at Show Cause Hearing on June 17, 2016 of SSC Hertford Operating Company LLC d/b/a Brian Center Health and Rehabilitation/Hertford, requesting that Counsel for SSC Hertford Operating Company LLC, Michael E. Phillips, be excused from attending the June 17, 2016 show cause hearing, and the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Counsel for SSC Hertford Operating Company LLC d/b/a Brian Center Health and Rehabilitation/Hertford, Michael E. Phillips, is excused from attending the show cause hearing scheduled for June 17, 2016.

SO ORDERED AND ADJUDGED, this the  9th   day of June, 2016.

_____
U.S. District Judge Louise Wood Flanagan