**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division**

No. 2:15-cv-00034-FL

| | |
|---|---|
| MICHIEL COURTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SSC HERTFORD OPERATING | ) |
| COMPANY LLC, d/b/a BRIAN | ) |
| CENTER HEALTH AND | ) |
| REHAB-HERTFORD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is being brought on the Motion to Allow the U.S. Marshall's Service to Serve Michael Lawrence, MD with the Subpoena for appearance at trial filed by Plaintiff on August 11, 2017. The Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the U.S. Marshall's Service has authority of this Court to serve the Subpoena for appearance at trial on Michael Lawrence, MD.

SO ORDERED AND ADJUDGED, this 14th day of August, 2017.

_____
U.S. District Judge Louise Wood Flanagan

-1-